UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-MJ-03949-EGT**

**UNITED STATES OF AMERICA**

**vs.**

**EMRAAN ALI,**
  a/k/a "Abu Jihad TNT,"

  **Defendant.**
_____/

## JOINT MOTION TO CONTINUE PRELIMINARY HEARING AND ARRAIGNMENT

  The United States and the defendant, Emraan Ali, jointly move to continue the preliminary hearing and arraignment until to February 26, 2021 and state the following in support of said motion:

  1. Due to the limited availability of grand juries caused by the Covid-19 pandemic and the resulting backlog of cases, the government is unable to seek an indictment by the previously set arraignment date, February 2, 2021.

  2. Chief Judge Moore has ordered that "[a]ll grand jury sessions in the Southern District of Florida are continued until November 16, 2020." Administrative Order 2020-76, Seventh Order Concerning Jury Trials and Other Proceedings. The Chief Judge has ordered that the period of continuance during this time shall be excluded under the Speedy Trial Act. An additional significant delay beyond the November 16, 2020 date is expected because of the extensive backlog of cases and limited grand jury capacity.

1

3. The defendant, through counsel, acknowledges that the defendant waives his right to a preliminary hearing though February 26, 2021.

4. Accordingly, due to the ongoing pandemic and in light of the Chief Judge's Order and the government's limited ability to present the case to a grand jury, the parties request that the preliminary hearing and arraignment be continued until February 26, 2021.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  *s/ Ricardo A. Del Toro*        *s/ Daniel L. Ecarius*
      Ricardo A. Del Toro       Daniel L. Ecarius
      Assistant United States Attorney       Assistant Federal Public Defender
      FL. Bar No. 957585       Florida Bar No. 719765
      U.S. Attorney's Office       150 W. Flagler Street, Suite 1700
      99 Northeast 4th Street       Miami, FL 33l30-155
      Miami, Florida 33132-2111       Telephone: (305) 530-7000
      Tel: (305) 961-9182       E-mail: daniel_ecarius@fd.org
      Ricardo.del.toro@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court, and served a copy upon all counsel of record, using CM/ECF.

*s/ Ricardo A. Del Toro*
RICARDO A. DEL TORO
Assistant United States Attorney

2