UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-mj-03949-EGT**

UNITED STATES OF AMERICA

vs.

EMRAAN ALI,
    a/k/a "Abu Jihad TNT,"

    Defendant.
_____/

## PROTECTIVE ORDER

This cause came to be heard upon the unopposed motion of the United States of America for a protective order limiting dissemination of certain discovery materials and the sensitive information they contain [ECF No. 26]. After consideration of the motion and the record as a whole, this Court finds good cause for the entry of a protective order in this case, and that it should be, and hereby is, **GRANTED**.

    **IT IS FURTHER ORDERED** that the government is authorized to disclose the Discovery in its possession.

    **IT IS FURTHER ORDERED** that Khurrum B. Wahid, as counsel for Defendant Emraan Ali, shall hold the discovery materials in strict confidence, disclosing this information to the client, office staff, investigators, and witnesses (including any experts) only to the extent necessary to assist in the defense of this matter.

    **IT IS FURTHER ORDERED** that defense counsel shall advise any person to whom the discovery materials are disclosed (including the defendants) that, pursuant to this Protective Order, the information must be held in strict confidence and the recipient may not further disclose or

disseminate the information.

**IT IS FURTHER ORDERED** that defense counsel shall obtain a certification from each person to whom the discovery materials are disclosed, in which the recipient (a) acknowledges the restrictions set forth in this Protective Order, and (b) agrees that he/she will not disclose or disseminate the information without the express-written consent of defense counsel (who will also obtain a certification from such a third party receiving the materials). Counsel shall keep a copy of each certification to identify the individuals who received the discovery materials and the date on which such information was first disclosed.

Upon conclusion of the above-captioned case that is, after trial, sentencing, direct appeal, collateral review and related appeals, if any, any copies of the sensitive discovery materials disclosed pursuant to the terms of this order shall be returned to defense counsel and shall either be destroyed or returned to the United States Attorney's Office. If counsel chooses to destroy the materials, counsel shall provide written confirmation that the materials have been destroyed within 21 days of the conclusion of the case, as defined above.

**DONE AND ORDERED** in chambers at Miami, Florida, this 12th day of February, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE